LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
DANIELLE A. KOLKOSKI, ESQ.
Nevada Bar No. 8506
9080 W. Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 382-1500
(702) 382-1512-Fax
jgarin@lipsonneilson.com
dkolkoski@lipsonneilson.com

*Attorneys for Defendants W. KENDALL BROWN
d/b/a BROWN & ASSOCIATES*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| THE MONTE GREENAWALT REVOCABLE TRUST; RUTH GREENAWALT, TRUSTEE and RUTH HILTON-GREENAWALT, individually,<br><br>                    Plaintiffs,<br><br>vs.<br><br>W. KENDALL BROWN, individually and BROWN & ASSOCIATES, Incorporated, Iowa Corporation.<br><br>                    Defendants. | CASE NO.: 2:12-cv-01983-LRH-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT W. KENDALL BROWN D.B.A. BROWN & ASSOCIATES TO FILE AND SERVE HIS RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT W. KENDALL BROWN D.B.A. BROWN & ASSOCIATES TO FILE AND SERVE RESPONSIVE PLEADINGS TO PLAINTIFFS' FIRST AMENDED COMPLAINT

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that Defendant W. KENDALL BROWN d.b.a. BROWN AND ASSOCIATES, shall have through and including **December 10, 2012**, within which to file and serve responsive pleadings to Plaintiffs' First Amended Complaint.

DATED: December 5, 2012                     DATED: December 5, 2012

NEIL J. BELLER, LTD.                              LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: _/s/ Neil J. Beller_                              By: _/s/ Joseph P. Garin_
  NEIL J. BELLER, ESQ. (#2360)                JOSEPH P. GARIN, ESQ.(# 6653)
  7408 W. Sahara Ave.                               DANIELLE A. KOLKOSKI, ESQ. (# 8506)
  Las Vegas, NV 89117                              9080 West Post Road, Suite 100
  *Attorneys for Plaintiffs The Monte*           Las Vegas, Nevada 89148
  *Greenawalt Revocable Trust and*             *Attorneys for Defendant W. Kendall Brown*
  *Ruth Greenawalt*                                     *d.b.a Brown & Associates*

## ORDER

Pursuant to the above Stipulation,

IT IS HEREBY ORDERED that Defendant W. KENDALL BROWN d.b.a. BROWN AND ASSOCIATES shall have through and including **December 10, 2012**, within which to file responsive pleadings to Plaintiffs' First Amended Complaint.

DATED this _____ of December, 2012

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

LIPSON NEILSON COLE SELTZER & GARIN, P.C.

By: _/s/ Joseph P. Garin_
  JOSEPH P. GARIN, ESQ.(# 6653)
  DANIELLE A. KOLKOSKI, ESQ. (# 8506)
  9080 West Post Road, Suite 100
  Las Vegas, NV 89148
  *Attorneys for Defendant W. Kendall Brown*
  *d.b.a Brown & Associates*