NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
nsantoro@santoronevada.com
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
opancheri@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702/948-8771
Facsimile:   702/948-8773

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE MONTE H. GREENAWALT REVOCABLE TRUST DATED MARCH 17, 2005 AS AMENDED AND RESTATED IN FEBRUARY, 2007, RUTH GREENAWALT, TRUSTEE and RUTH HILTON-GREENAWALT, individually,<br><br>Plaintiffs,<br><br>v.<br><br>W. KENDALL BROWN, individually, d/b/a BROWN & ASSOCIATES and W. KENDALL BROWN as former TRUSTEE OF THE MONTE H. GREENAWALT TRUST dated March 17, 2005<br><br>Defendants. | Case No.: 2:12-cv-01983-LRH-VCF |

## SUBSTITUTION OF ATTORNEY

W. Kendall Brown, individually, d/b/a Brown & Associates and W. Kendall Brown as former
(Name of Party)

Trustee of the Monte H. Greenawalt Trust Dated March 17, 2005 (Defendants) hereby substitute

Nicholas J. Santoro, Esq., Santoro Whitmire
(New Attorney)

(Address):   10100 W. Charleston Blvd., Suite 250, Las Vegas, NV  89135

(Telephone):   (702) 948-8771          , as attorney of record in place and stead of:

Joseph P. Garin, Esq. and Angela Nakamura Ochoa, Esq. Lipson, Neilson, Cole et al.
(Present Attorney)

DATED:   11-12-13                      _____
(Signature of Party)

///

///

1  I consent to the above substitution.

2  DATED: 11-18-13                    _____
3                                     (Signature of Present Attorney)

4  I am duly admitted to Practice in this District.

5  Above substitution accepted.
6  DATED: 11/21/13                    _____
                                      (Signature of New Attorney)
7
8  Please check one: _X_ RETAINED, or ____ APPOINTED BY THE COURT

9                                  APPROVED:
10
11 DATED: 11-26-2013                  _____
                                     UNITED STATES ~~DISTRICT~~ JUDGE
12                                            Magistrate

SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135
(702) 948-8771 – fax (702) 948-8773