1    NICHOLAS J. SANTORO, ESQ.
      Nevada Bar No. 0532
2    nsantoro@santoronevada.com
      OLIVER J. PANCHERI, ESQ.
3    Nevada Bar No. 7476
      opancheri@santoronevada.com
4    SANTORO WHITMIRE
      10100 W. Charleston Blvd., Suite 250
5    Las Vegas, Nevada 89135
      Telephone:    702/948-8771
6    Facsimile:    702/948-8773

7

## IN THE UNITED STATES DISTRICT COURT

8

## FOR THE DISTRICT OF NEVADA

9

10   THE MONTE H. GREENAWALT REVOCABLE
     TRUST DATED MARCH 17, 2005 AS AMENDED
     AND RESTATED IN FEBRUARY, 2007, RUTH      Case No.: 2:12-cv-01983-LRH-VCF
11   GREENAWALT, TRUSTEE and RUTH HILTON-
     GREENAWALT, individually,

12

                      Plaintiffs,
13       v.

14   W. KENDALL BROWN, individually, d/b/a BROWN
     & ASSOCIATES and W. KENDALL BROWN as
15   former TRUSTEE OF THE MONTE H.
     GREENAWALT TRUST dated March 17, 2005

16

                    Defendants.
17

18

## SUBSTITUTION OF ATTORNEY

W. Kendall Brown, individually, d/b/a Brown & Associates and W. Kendall Brown as former
19                                  (Name of Party)

20   Trustee of the Monte H. Greenawalt Trust Dated March 17, 2005 (Defendants) hereby substitute

21              Nicholas J. Santoro, Esq., Santoro Whitmire
                           (New Attorney)

22

(Address):____ 10100 W. Charleston Blvd., Suite 250, Las Vegas, NV 89135
23

(Telephone):__ (702) 948-8771 ____, as attorney of record in place and stead of:_____
24

      Joseph P. Garin, Esq. and Angela Nakamura Ochoa, Esq. Lipson, Neilson, Cole et al.
25                                (Present Attorney)

26   DATED:   11 - 12 - 13 _____                
                                     (Signature of Party)

27   / / /

28   / / /

SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135
(702) 948-8771 – fax (702) 948-8773

I consent to the above substitution.

DATED: _11-18-13_                              _____
                                              (Signature of Present Attorney)

I am duly admitted to Practice in this District.

Above substitution accepted.

DATED: _11/21/13_                             _____
                                              (Signature of New Attorney)

Please check one: _X_ ____ RETAINED, or _____ APPOINTED BY THE COURT

                                    APPROVED:

DATED:_11-26-2013_____      _____

                                    UNITED STATES ~~DISTRICT~~ JUDGE
                                              Magistrate

                                   -2-

**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135
(702) 948-8771 – fax (702) 948-8773