UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE MONTE H. GREENAWALT REVOCABLE TRUST DATED MARCH 17, 2005 AS AMENDED AND RESTATED IN FEBRUARY, 2007, RUTH GREENAWALT, TRUSTEE and RUTH HILTON-GREENAWALT, individually,<br><br>Plaintiffs,<br><br>v.<br><br>W. KENDALL BROWN, individually, d/b/a BROWN & ASSOCIATES and W. KENDALL BROWN as former TRUSTEE OF THE MONTE H. GREENAWALT TRUST dated March 17, 2005<br><br>Defendants. | Case No.: 2:12-cv-01983-LRH-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Defendants W. KENDALL BROWN, individually d/b/a BROWN & ASSOCIATES, and as former TRUSTEE OF THE MONTE H. GREENAWALT TRUST dated March 17, 2005 ("Defendants"), by and through their undersigned counsel of record, and Plaintiffs THE MONTE H. GREENAWALT REVOCABLE TRUST DATED MARCH 17, 2005 AS AMENDED AND RESTATED IN FEBRUARY 2007, RUTH GREENAWALT, TRUSTEE, and RUTH HILTON-GREENAWALT ("Plaintiffs"), by and through their undersigned counsel, hereby stipulate to the following and request the Court's entry of an order upon the same:

    1.    The above-captioned action is hereby dismissed in its entirety with prejudice.

    2.    Each party shall bear its own attorneys' fees, costs and expenses.

3. There are no scheduled hearings or a trial date scheduled in this matter. Any and all deadlines, discovery or otherwise, in the case shall be vacated.

DATED: 4/8/14

NEIL J. BELLER, LTD.

_____
Neil J. Beller

Attorneys for Plaintiffs

DATED: 4/10/14

SANTORO WHITMIRE

_____
Nicholas J. Santoro
Jason D. Smith

Attorneys for Defendants

\* \* \* \* \*

IT IS SO ORDERED:

DATED this 14th day of April, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE